FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 26, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EARNEST FINNIE, SR., <br><br>       Plaintiff, <br><br>       v. <br><br> ALLSTATE INSURANCE AND CASUALTY COMPANY, <br><br>       Defendant. | No. 2:23-CV-00085-SAB <br><br> **ORDER GRANTING DISMISSAL AND CLOSING FILE** |

    Before the Court is the parties' Stipulation and Order of Dismissal, ECF No. 18. Plaintiff is representing themself. Defendant is represented by Rory W. Leid, III and Lucy B. Wilhelm.

    The parties stipulate and agree that the above-mentioned matter should be dismissed with prejudice and without costs or attorneys' fees to any party.

//
//
//
//
//
//
//
//

**ORDER GRANTING DISMISSAL AND CLOSING FILE # 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. The above-captioned action is **DISMISSED with prejudice** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), without costs or attorneys' fees to any party.

2. Any pending motions are **DISMISSED as moot**.

3. The trial date and any remaining pretrial deadlines are **STRICKEN** from the Court's calendar.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, forward copies to counsel, and **close** the file.

**DATED** this 26th day of June 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING DISMISSAL AND CLOSING FILE # 2**